In the Matter of the Judicial Settlement of the Account of Proceedings of

JOHN A. SIEMER and HERMAN H. SIEMER, as Executors and Trustees, etc., of JOHN C. SIEMER, Deceased. JOHN A. SIEMER and HERMAN H. SIEMER, as Executors and Trustees, etc., of JOHN C. SIEMER, Deceased, Appellants; IRENE A. SIEMER, as General Guardian of DOROTHY SIEMER, an Infant, etc., Respondent.— Motion for reargument denied, with ten dollars costs payable out of the estate. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.